DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AMOS O. DARE,**
Appellant,

v.

**MARIA A. MARCHETTI,**
Appellee.

Nos. 4D19-3734 and 4D19-3889

[October 29, 2020]

Consolidated appeals of nonfinal orders from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 502017DR002716XXXXMB.

Amy D. Shield and Roger Levine of Shield & Levine, P.A., Boca Raton, for appellant.

Eddie Stephens, Caryn A. Stevens and Gina M. Szapucki of Ward, Damon, Posner, Pheterson & Bleau, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J. GROSS and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***